**Charles ARMSTRONG, Appellant,**

v.

**Barbara DeBOIS, Appellee.**

No. 00–2582.

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 22, 2000.

Filed Jan. 5, 2001.

---

No. 00–2647.

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 22, 2000.

Filed Jan. 5, 2001.

Before McMILLIAN, BOWMAN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Charles Armstrong appeals the district court's[1] order dismissing his pro se civil rights complaint against private-party defendant Barbara Debois. After careful review of the record, we conclude that Mr. Armstrong's complaint was frivolous and failed to state a claim. *See* 28 U.S.C. § 1915(e)(2)(B)(i), (ii); *Bray v. Alexandria Women's Health Clinic,* 506 U.S. 263, 267–68, 113 S.Ct. 753, 122 L.Ed.2d 34 (1993); *West v. Atkins,* 487 U.S. 42, 48, 108 S.Ct. 2250, 101 L.Ed.2d 40 (1988). Accordingly, we affirm. *See* 8th Cir. R. 47A(a).

---

1. The Honorable Jean C. Hamilton, Chief Judge, United States District Court for the Eastern District of Missouri.